# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARIN L. KLITZKE,<br><br>          Plaintiff,<br><br>vs.<br><br>TRANSPORT SPECIALISTS, LLC, AND a Corporation; and DANA L. EUBANK,<br><br>          Defendants. | 8:16CV115<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Stipulation for Dismissal (Filing No. 6) submitted by Plaintiff Karin L. Klitzke and Defendants Transport Specialists, LLC and Dana L. Eubank. The Stipulation for Dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (Filing No. 6) submitted by Plaintiff Karin L. Klitzke and Defendants Transport Specialists, LLC and Dana L. Eubank is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs and attorney's fees.

Dated this 11th day of April, 2016

                                      BY THE COURT:

                                      s/Laurie Smith Camp<br>
                                      Chief United States District Judge